UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC M. MCMILLIAN,                          )
                                            )
                          Plaintiff,        )
                                            )          **JUDGMENT IN A**
                                            )          **CIVIL CASE**
v.                                          )          **CASE NO. 5:19-CV-267-D**
                                            )
JOHN ELLIS, WAYNE A. VINYARD, JAMES         )
T. HYATT, and WILLIAM M. MITCHELL,          )
                                            )
                          Defendants.       )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that McMillian's application to proceed in
forma pauperis [D.E. 1] is GRANTED, and McMillian's complaint is DISMISSED for failure to
state a claim upon which relief can be granted.

<u>**This Judgment Filed and Entered on January 28, 2020, and Copies To:**</u>

Eric M. McMillian                           (via CM/ECF electronic notification)

DATE:                                       PETER A. MOORE, JR., CLERK

January 28, 2020                            (By) <u>/s/ Nicole Sellers        </u>

                                                 Deputy Clerk